# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMMANUEL COLE and YASMINE COLE, | ) ) ) |
| Plaintiffs, | ) ) Case No. CIV-18-410-HE |
| vs. | ) ) ) |
| COUNTRY PREFERRED INSURANCE COMPANY, a/k/a COUNTRY CASUALTY INSURANCE COMPANY, a/k/a COUNTRY MUTUAL INSURANCE COMPANY d/b/a COUNTRY FINANCIAL, CC SERVICES, INC., and HILLARY REED, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a), Plaintiffs, Emmanuel Cole and Yasmine Cole ("**Plaintiffs**") and Defendants, Country Preferred Insurance Company, a/k/a Country Casualty Insurance Company, a/k/a Country Mutual Insurance Company d/b/a Country Financial; CC Services, Inc.; and Hillary Reed (collectively "**Defendants**"), submit this Joint Stipulation of Dismissal Without Prejudice. Plaintiffs and Defendants stipulate and agree to dismiss this action without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated this 5th day of June, 2018.

        s/George J. Kanelopoulos, Jr.
        George J. Kanelopoulos, Jr., OBA #12950
        **KANELOPOULOS LAW FIRM, P.C.**
        4549 NW 36th Street
        Oklahoma City, OK 73112
        T: (405) 787-1999 ** F: (405) 787-1900
        Firm Email: legalrightsctr@aol.com
        **ATTORNEY FOR PLAINTIFFS**


        s/David Fleury
        Michael J. Masterson, OBA #5769
        David Fleury, OBA #31059
        **WILBURN MASTERSON & FLEURY**
        2421 E. Skelly Drive
        Tulsa, OK  74105
        T: (918) 494-0414 ** F: (918) 493-3455
        Email: mike.masterson@wilburnmasterson.com
           david.fleury@wilburnmasterson.com
        **ATTORNEYS FOR DEFENDANTS**